**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00302-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **SAM JAHANI,** and
2. ERIC A. PEPER,

    Defendants.

---

**ORDER REGARDING RESTRICTED FILING OF
ORDER REGARDING APPOINTMENT OF CJA COUNSEL**

---

    This matter is before the Court *sua sponte* regarding this Court's Restricted Order (Doc. # 67), which Order contains several references to Defendant Jahani's financial circumstances.  Because of the possible sensitivity of such information, the Court has sealed that Order under a Level 3 Restriction.  Defendant Jahani shall have seven days from the date of this Order to file any objection he may have to the public disclosure of this information.  If an objection is timely filed, Doc. # 67 will remain UNDER SEAL until further order of this Court.  If no objection is filed, Doc. # 67 will be automatically UNSEALED and will become a public document.

    DATED:  December   14  , 2011

                                             BY THE COURT:

                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Judge