**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00302-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAM JAHANI, and
2. ERIC A. PEPER,

    Defendants.

---

### *SUA SPONTE* ORDER REGARDING DISCLOSURE OF PERSONAL HEALTH INFORMATION IN VIOLATION OF PREVIOUS COURT ORDER

---

This matter is before the Court *sua sponte*, regarding the Court's previous "Order Granting Disclosure of Grand Jury Material and Otherwise Personal Health Information to Defendants." (Doc. # 26.) In that Order, the Court stated that, although the Government would be required to produce Protected Health Information[1] to Defendants in an unredacted form, "Defendants shall not file documents containing Protected Health Information with, or subject Protected Health Information to, the Court or reproduce Protected Health Information in any court filing unless the document or filing containing the Protected Health Information is placed under seal or all information that would identify the subject of the document or filing has been removed, or as the Court otherwise instructs." (*Id.* at 3.) Defendant Peper's "Joinder in Motion for Bill of Particulars Regarding Health Care Fraud [Docket 94] and Money Laundering" contains

---

[1] "Protected Health Information" refers to information defined as such in 45 C.F.R. 160.103. (*See* Doc. # 26 at 2.)

Protected Health Information, but such information was not redacted, even though the document was not filed under seal. The Court deems this to be a violation of its previous Order.

Accordingly, the Court ORDERS that the Clerk's Office immediately seal Doc. # 122 with a LEVEL 1 FILING RESTRICTION. It is

FURTHER ORDERED that Defendant Peper redact the Protected Health Information from the document and re-file it.

DATED: May __25__, 2012

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge