IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Criminal Case No.:   11-cr-00302-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**SAM JAHANI**,
and
**ERIC A. PEPER**,

    Defendants.

## MINUTE ORDER

Re Arraignment on Second Superseding Indictment set for September 10, 2014 at 2:30 p.m. before United States Magistrate Judge Gordon P. Gallagher.