IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:11-cr-00302-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SAM JAHANI

and ERIC. A PEPER,

       Defendants.

_____

### DEFENDANT JAHANI'S MOTION FOR DISCLOSURE OF FED.R.EVID. 404(b) AND 608 EVIDENCE
_____

Defendant Sam Jahani, by and through his attorneys, Peters Mair Wilcox, hereby moves this Court for an Order requiring the government to provide written notice of its intention to use at trial evidence of Defendant's character or other crimes, wrongs or acts, including but not limited to the following:

    1.    Evidence of "other crimes, wrongs or acts," of Defendants as that phrase is used in Fed. R. Evid. 404(b). In regard to said notice, in keeping with its obligations under Red. R. Evid. 404(b)(2), the government should identify and describe:

        (a)    the dates, times, places and persons involved in said other crimes, wrongs or acts;

        (b)    the statements and/or actions of each participant in said other crimes, wrongs or acts;

      (c)    the documents which contain evidence of said other crimes, wrongs or acts, including when the documents were prepared, who prepared the documents and who has possession of the documents; and

      (d)    the issue or issues as to which the government believes such other crimes, wrongs or acts evidence is relevant within Fed.R.Evid. 404(b) and the precise evidential hypothesis supporting the admission of such evidence under Fed. R. Evid. 404(b).

2.    Evidence of "specific instances of conduct," of Defendants as that phrase is used in Fed. R. Evid. 608(b).  In regard to said notice, the government should identify and describe:

      (a)    the dates, times, places and persons involved in said specific act of conduct;

      (b)    the statements or actions of each participant in said specific act of conduct; and

      (c)    the documents which contain evidence of said acts of conduct, including when the documents were prepared, who prepared the documents and who has possession of the documents.

3.    Dr. Jahani has a constitutional right to testify on his own behalf.  Attendant to this right is the need to have access to information necessary to intelligently evaluate the decision of whether to testify. Disclosure of all evidence of character and other crimes, wrongs or acts is necessary for him to make such an evaluation.  Hence, the disclosure, as requested herein, should be ordered.

4.  In the upcoming trial of the severed counts brought under 21 U.S.C. § 841, the government may seek to introduce evidence of acts outside of the scope of the crimes charged.  Such evidence is likely outside the parameters of properly admissible "other acts" evidence, is highly prejudicial, and may contain evidence of uncharged criminal misconduct in which a Defendants did not partake, or as to which Defendants dispute the government's version of events.  Dr. Jahani intends to seek the Court's ruling on the admissibility of all such evidence prior to trial.  Fed.R.Evid. 104(a).

5.  Dr. Jahani is in possession of voluminous discovery and prior pleadings by the government referencing "other acts" evidence the government may attempt to introduce.  In order to prepare to challenge and/or confront such evidence, to receive effective representation and ensure a fair trial, Dr. Jahani requires the notice requested herein.

6.  A ruling on this motion is requested before CJA counsel expend public funds to identify and consult with medical experts about the evidence that the government intends to present at trial.

WHEREFORE, Defendant Sam Jahani requests that the Court issue an Order requiring the government to provide timely notice of all evidence of "other crimes, wrongs or acts" and/or "specific instances of conduct" attributable to the Defendants which the government intends to use at trial.

Respectfully submitted this 5th day of December, 2014.

                        s/ Todd E. Mair
                        Stephen C. Peters
                        Todd E. Mair
                        PETERS | MAIR | WILCOX
                        1755 Blake Street, Suite 240
                        Denver, CO  80202
                        Telephone:  (303) 393-1704
                        Facsimile:  (303) 399-8333
                        Email: tmair@peterslaw.net
                                speters@peterslaw.net


                        ATTORNEYS FOR DEFENDANT
                        SAM JAHANI

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2014 I electronically filed the foregoing **MOTION FOR DISCLOSURE OF FED.R.EVID. 404(b) AND 608 EVIDENCE** with the Clerk of Court using the CM/ECF system, which will send notification to the following email address:

Michelle M. Heldmyer, Esq.
Assistant United States Attorney
michelle.heldmyer@usdoj.gov

Jaime Pena, Esq.
Assistant United States Attorney
Jaime.Pena2@usdoj.gov

Gary Lozow, Esq.
Foster Graham Milstein & Calisher, LLP
glozow@fostergraham.com
*Counsel for Defendant Eric Peper*

Anthony L. Leffert, Esq.
Robinson Waters & O'Dorisio, PC
aleffert@rwolaw.com
*Counsel for Defendant Eric Peper*

s/ Tara Esqueda